UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GLENDA MURPHY,<br><br>          Plaintiff,<br><br>     v.<br><br>SOCIAL SECURITY ADM.,<br><br>          Defendant. | No. ED CV 11-00983-SJO (VBK)<br><br>ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) this action is dismissed with prejudice for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein by United States mail on counsel for the parties of record.

DATED: December 19, 2011

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE