UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GLENDA MURPHY, | ) | No. ED CV 11-00983-SJO (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SOCIAL SECURITY ADM., | ) | |
| Defendant. | ) | |

Pursuant to the Order Approving Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that: (1) this action is dismissed with prejudice failure to prosecute.

DATED: December 19, 2011

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE